FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 23, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAWN EUGENE MONDAY,<br><br>Defendant. | No. 1:23-CR-02019-SAB-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF Nos. 27, 28** |

Before the Court are Defendant's Motion to Modify Conditions of Release (ECF No. 27) and related Motion to Expedite (ECF No. 28). Defendant was represented on these Motions by Assistant Federal Defender Alex B. Hernandez III.

Defendant requests that the Court modify Special Condition No. 18 to modify his curfew to allow him to leave his residence at 6:00 a.m. for employment purposes. ECF No. 27. The United States Attorney's Office and the United States Probation/Pretrial Services Office have no objection to Defendant's request. *Id*.

The Court, having reviewed the Motion and finding good cause therefor, **HEREBY ORDERS:**

ORDER - 1

1.  Defendant's Motion to Expedite (**ECF No. 28**) is **GRANTED**.

2.  Defendant's Motion to Modify Conditions of Release (**ECF No. 27**) is **GRANTED**.

3.  **Special Condition No. 18 (ECF No. 27) is MODIFIED** in its entirety to read **as follows:**

>    18.  **GPS Monitoring**: Defendant shall participate in a program of GPS location monitoring.  Defendant shall wear, at all times, a GPS device under the supervision of U.S. Probation.  In the event Defendant does not respond to GPS monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the Defendant.  Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office.

>    **AND**

>    **Curfew**: Defendant shall be restricted to his residence: every day from 7:00 p.m. to *6:00 a.m.* except for medical emergencies.

4.  All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED June 23, 2023.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2